IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Willie Butler, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.1:14-cv-1239-MGL |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Motion, (ECF No. 31), for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act, ("EAJA"). *See* 28 U.S.C. § 2412. The Commissioner filed a response in support of the request. (ECF No. 32).

In accordance with *Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, this Court directs fees be payable to the Plaintiff and delivered to Plaintiff's counsel. Accordingly,

IT IS ORDERED that Plaintiff's motion pursuant to the EAJA, (ECF No. 31), shall be **GRANTED** and that Plaintiff be awarded attorney's fees in the amount of $2,954.50, along with $7.00 for costs and $16.00 for expenses.

**IT IS SO ORDERED**.

s/Mary G. Lewis
United States District Judge

May 10, 2016
Columbia, South Carolina